F. E. Williams and J. R. Williams, Plaintiffs in Error, v. Ferdinand Bayer and Robert E. Davis, special partners doing business in Alachua County, Florida, under the name and style of Ferdinand Bayer and Robert E. Davis, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Alachua county; William A. Hocker, Judge.

Jackson & Thomas for plaintiffs in error.

No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*